**TOM PETRUS & MILLER, LLLC**

MICHAEL D. TOM    1655-0
Tel (808) 792-5802
*mtom@tpm-hawaii.com*
BRAD S. PETRUS    4586-0
Tel (808) 792-5803
*bpetrus@tpm-hawaii.com*
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii 96813
Facsimile: (808) 792-5809

Attorneys for Defendants
DELTA CONSTRUCTION COMPANY and
FOREST CITY HAWAII, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of BAD BOY'S TRUCKING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DELTA CONSTRUCTION CORPORATION; FOREST CITY HAWAII, LLC; and DOE DEFENDANTS 1-50, <br><br> Defendants. | CIVIL NO. 09-00255 ACK/BMK <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS <br><br><br><br><br><br><br><br><br><br> TRIAL DATE: November 30, 2011 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AGAINST ALL DEFENDANTS**

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties herein, through their respective counsel, hereby stipulate that the Complaint be dismissed with prejudice as to all claims against all Defendants. Each party to bear their own costs.

This stipulation is signed by and on behalf of all appearing parties.

Trial has been set for November 30, 2011.

DATED: Honolulu, Hawaii, NOV 1 2 2010 .

MICHAEL JAY GREEN
ROBIN MELCHOR

Attorneys for Plaintiff
UNITED STATES OF AMERICA for the use and benefit of BAD BOY'S TRUCKING, INC.

MICHAEL D. TOM
BRAD S. PETRUS

Attorneys for Defendants
DELTA CONSTRUCTION COMPANY
and FOREST CITY HAWAII, LLC

APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT










*United States of America for the use and benefit of Bad Boy's Trucking, Inc. v. Delta Construction Corporation, et al.;* Civil No. 09-00255 ACK/BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS